IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00230-RBJ

SOVEREIGN BANK,

      Plaintiff,

v.

PHILLIP A. WOLF,

      Defendant.

---

## ORDER

---

On February 19, 2013 the Court issued an order *sua sponte* remanding this case to state court. The defendant has now filed a motion for reconsideration in which he states that the Court is biased against pro se litigants. I do not recall having dealt with Mr. Wolf concerning a complaint he had about other judges in Gilpin County, but I accept his word that I did. I absolutely dispute the accuracy of the "facts" on which he bases his claim of bias. Nevertheless, a judge is generally required to assume the truth of facts asserted in a disqualification motion, even if the judge knows that they are not true. On that basis I will disqualify myself in this instance. The case will be reassigned according the standard procedures of this district.

DATED this 5th day of March, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1